UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERR-DAN CORPORATION, a Delaware corporation, and JLG INDUSTRIES, INC., a Pennsylvania corporation<br><br>　　　　Plaintiffs/Counter-Defendants<br><br>v.<br><br>MILLER INDUSTRIES TOWING EQUIPMENT INC., a Delaware corporation<br><br>　　　　Defendant/Counter-Plaintiff | Case No. 2:13-cv-81-MRH |

## Stipulated Dismissal

Plaintiffs, JERR-DAN CORPORATION and JLG INDUSTRIES, INC., and Defendant, MILLER INDUSTRIES TOWING EQUIPMENT COMPANY INC., hereby stipulate to the dismissal of this case with prejudice pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| July 12, 2013<br><br>　/s/ *Michael P. Mazza*　　　　　<br>Michael P. Mazza (*pro hac vice*)<br>mazza@mazzallc.com<br>MICHAEL P. MAZZA, LLC<br>686 Crescent Blvd.<br>Glen Ellyn, IL 60137-4281<br>Tel: 630-858-5071<br>Fax: 630-282-7123<br><br>Douglas M. Hall (Pa. I.D. No. 307876)<br>dmh@pietragallo.com<br>PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP | July 12, 2013<br><br>　/s/ *Michael E. Crawford*　　　　　<br>Michael E. Crawford (*pro hac vice*)<br>mec@nixonvan.com<br>Robert A. Rowan (*pro hac vice*)<br>rar@nixonvan.com<br>NIXON & VANDERHYE P.C.<br>901 North Glebe Road<br>Arlington, VA 22203<br>703-816-4000 (main)<br>703-816-4100 (facsimile)<br><br>Frederick L. Tolhurst (Pa. ID No. 22040)<br>ftolhurst@cohenlaw.com |

2197662

| One Oxford Centre<br>The Thirty-Eighth Floor<br>Pittsburgh, PA 15219<br>412-263-2000<br><br>*Attorney for Defendant, MILLER INDUSTRIES TOWING EQUIPMENT COMPANY INC.* | COHEN & GRIGSBY, P.C.<br>625 Liberty Ave.<br>Pittsburgh, PA 15222<br>412-297-4900 (main)<br>412-209-1985 (facsimile)<br><br>*Attorneys for Plaintiffs, JERR-DAN CORPORATION and JLG INDUSTRIES, INC.* |



AND NOW, this 15th day of July, 2013, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I certify that on July 12, 2013 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing (NEF) to all CM/ECF registrants of record in this matter.

/s/ *Michael E. Crawford*
Michael E. Crawford (*pro hac vice*)
mec@nixonvan.com

2197662