UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P.O. Box 1805
Pittsburgh, PA 15230
www.pawd.uscourts.gov

**ROBERT V. BARTH, JR.**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: July 16, 2013

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

RE: JERR–DAN CORPORATION vs. MILLER INDUSTRIES TOWING EQUIPMENT INC.
Case Number:  **2:13–CV–00081–MRH**

Dear Commissioner:

　　Enclosed is a copy of the order which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　ROBERT V. BARTH, JR.
　　　　　　　　　　　CLERK OF COURT

　　　　　　　　By:  **/s/ ept**
　　　　　　　　　　　Deputy Clerk

Enclosures